*WHEN RECORDED MAIL TO:*

D. Scott Carruthers, (SBN 68745)
D. Scott Carruthers, APLC
8448 Katella Ave
Stanton CA 90680
Email: dsclawoff@aol.com
Telephone: (714) 761-3976

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

MATTHEW E ORSO

PLAINTIFF(S),

v.

TODD DISNER et al

DEFENDANT(S).

CASE NUMBER:

CV 8:20-mc-00039

**ABSTRACT OF JUDGMENT/ORDER**

I certify that in the above-entitled action and Court, Judgment/Order was entered on 9/23/2020 in favor of Nationwide Judgment Recovery, Inc.
whose address is 8452 Katella Ave, Stanton CA 90680
and against Lucy Limbasan
whose last known address is 406 Orchid Ave Unit 54 Corona Del Mar CA 92625
for $ 20,032.74   Principal, $ 807.47   Interest, $ 0.00   Costs,
and $ 0.00   Attorney Fees.

ATTESTED this   13   day of   October   , 20 20
Judgment debtor's driver's license no. and state;   ____   (last 4 digits) ☑ Unknown.
Judgment debtor's Social Security number;   1390   (last 4 digits) ☐ Unknown.
☑ No stay of enforcement ordered by Court
☐ Stay of enforcement ordered by Court, stay date ends   ____

Judgment debtor's attorney's name and address and/or address at which summons was served:

406 ORCHID AVE
UNIT 54
CORONA DEL MAR CA 92625

CLERK, U.S. DISTRICT COURT

By _____
Deputy Clerk

*NOTE: JUDGMENTS REGISTERED UNDER 28 U.S.C. §1963 BEAR THE RATE OF INTEREST OF THE DISTRICT OF ORIGIN AND CALCULATED AS OF THE DATE OF ENTRY IN THAT DISTRICT.*

G-18 (03/12)   ABSTRACT OF JUDGMENT/ORDER